**No. 58767.**—Semon Bache & Company *v.* United States, protest 238069–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58768.**—W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protest 238281–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58769.**—Davies, Turner & Co. *v.* United States, protest 239485–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58770.**—Arco Crown Cork & Cap Co., Inc. *v.* United States, protest 239493–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58771.**—Herz Meat Corporation *v.* United States, protest 240551–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

FEBRUARY 8, 1955

**No. 58772.**—SUIT 4831.—United States *v.* Carey & Skinner, Inc.—

—C. D. 1634. (Appeal dismissed December 10, 1954.)

FEBRUARY 11, 1955

**No. 58773.**—SUIT 4807.—United States *v.* G. Klein & Son.—

—Abstract 57678 reversed November 9, 1954. C. A. D. 574.

**No. 58774.**—SUIT 4811.—United States *v.* J. E. Bernard & Company, Inc.—

C. D. 1582 reversed November 9, 1954. C. A. D. 573.